In the Matter of the Accounting of ANNA B. WELLS, Individually, and as Trustee under the Will of HENRY BREWSTER, Deceased, and as Executrix of CYRUS C. WELLS, Deceased, Appellant; E. FRANKLIN BREWSTER et al., Respondents.

(Argued April 28, 1936; decided May 19, 1936.)

*Arthur E. Sutherland* and *Judson A. Parsons* for appellant.

*J. Sawyer Fitch* for respondents.

Order affirmed, with costs to the respondents payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.